IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RIDDELL, INC.,

                Plaintiff,          JUDGMENT IN A CIVIL CASE

     v.                                      Case No. 08-cv-711-bbc

SCHUTT SPORTS, INC.,

                Defendant.

---

    This matter came before the court and a jury with District Judge Barbara B. Crabb presiding. The issues have been considered and tried and the jury has rendered a verdict.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Schutt Sports, Inc. dismissing plaintiff Riddell, Inc.'s claims that defendant's helmets infringe claims 42-47 and 71-72 of U.S. Patent No. 6,934,971 and claims 1, 4-6, 10-20 and 22-24 of U.S. Patent No. 7,240,376, and dismissing plaintiff's claim for willful infringement.

    IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Riddell, Inc. against defendant Schutt Sports, Inc. as follows:

    1.    Dismissing defendant's counterclaims for false advertising and deceptive trade practices;

2. Declaring that defendant's ION and DNA helmets infringe claims 53-55, 58 and 59 of U.S. Patent No. 6,934,971 and claims 25-28 of U.S. Patent No. 7,240,376;

3. Declaring that defendant's sale of the REVO faceguard contributorily infringes claims 14-19, 23 and 25 of U.S. Patent No. 7,036,151;

4. Awarding damages as follows:

   a. $24,000,000 for lost profits resulting from defendant's infringement of U.S. Patents No. 7,240,376 and 6,934,971;

   b. $5,000,000 for reasonable royalties for the portion of sales for which plaintiff is not entitled to lost profits for infringement of U.S. Patents No. 7,240,376 and 6,934,971; and

   c. $24,750 for reasonable royalties for defendant's infringement of U.S. Patent No. 7,036,151; and

5. Dismissing defendant's counterclaim of inequitable conduct.

Approved as to form this 17th day of August, 2010.

_____
Barbara B. Crabb
District Judge

_____   ___8/18/10___
Peter Oppeneer                      Date
Clerk of Court